# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 23-35518

**Case Name** Planned Parenthood Great Northwest, et al. v. Raúl Labrador, et al.

**Counsel submitting this form** Joshua Turner

**Represented party/parties** Appellant Raúl Labrador, Idaho Attorney General

*Briefly describe the dispute that gave rise to this lawsuit.*

This lawsuit concerns a private letter the Idaho Attorney General sent to a state legislator in response to his question regarding the interpretation of one of Idaho's abortion statutes, Idaho Code 18-622. That letter became public, and the Plaintiffs here sued the Idaho Attorney General, all of Idaho's county prosecutors, and Idaho's medical licensing boards for an injunction that the Attorney General's interpretation was unconstitutional. The Attorney General later withdrew the opinion and deemed it void. He stated that he lacked statutory authority to enforce the opinion absent a referral by a county prosecutor (which has not occurred) and that, in any event, the opinion was not being enforced. He moved to dismiss the lawsuit as presenting no justiciable case or controversy and did not defend the interpretation proffered in his letter on the merits.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** Rev. 09/01/22

1

*Briefly describe the result below and the main issues on appeal.*

The district court determined that it had jurisdiction. It ruled that the interpretation of the Attorney General's letter was unconstitutional and issued an injunction precluding him from enforcing it. The sole issue on appeal is whether this case presents a justiciable case or controversy.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The Attorney General has moved to stay all proceedings in the district court pending appeal. Absent a stay, the action will proceed in discovery and the district court will rule on its jurisdiction over the county prosecutors and the Idaho medical licensing boards.

**Signature** /s/ Joshua Turner  **Date** 8/7/23
*(use "s/[typed name]" to sign electronically-filed documents)*