No. 23-35518

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, ET AL.,
*Plaintiff-Appellee*,

v.

RAÚL LABRADOR, ET AL.,
*Defendant-Appellant*,

On Appeal from the United States District Court
for the District of Idaho

No. 1:23-cv-00142-BLW
The Honorable B. Lynn Winmill

## NOTICE OF TRANSCRIPT DESIGNATION

RAÚL R. LABRADOR
  *Attorney General*

Idaho Office of the Attorney General
700 W. Jefferson St.
Suite 210
Boise, ID 83720
(208) 334-2400
josh.turner@ag.idaho.gov
lincoln.wilson@ag.idaho.gov

THEODORE J. WOLD
  *Solicitor General*
JOSHUA N. TURNER
  *Deputy Solicitor General*

LINCOLN DAVIS WILSON
  *Chief, Civil Litigation and*
  *Constitutional Defense*
BRIAN V. CHURCH
TIMOTHY J. LONGFIELD
  *Deputy Attorneys General*

As required by Ninth Circuit Rule 10-3.1(a), and in accordance with this Court's order at Dkt. 2, Defendant-Appellant Attorney General Raúl Labrador informs Plaintiffs that he has requested the complete transcript of the combined preliminary injunction and motion to dismiss hearing held on April 24, 2023. The transcript has been prepared. The State of Idaho will concurrently file the transcript designation form in the district court on this date.

Respectfully submitted,

August 11, 2023.

                                         HON. RAÚL R. LABRADOR
                                         Attorney General

                                         *s/ Joshua N. Turner*
                                         JOSHUA N. TURNER
                                         Deputy Solicitor General
                                         LINCOLN DAVIS WILSON
                                         Chief, Civil Litigation and
                                         Constitutional Defense Division
                                         BRIAN V. CHURCH
                                         TIMOTHY J. LONGFIELD
                                         Deputy Attorneys General

                                         *Attorneys for Appellant*

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

s/ *Joshua N. Turner*          August 11, 2023