UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, On Behalf of Itself, It's Staff, Physicians and Patients; et al.,

   Plaintiffs - Appellees,

 v.

RAUL R. LABRADOR, In His Official Capacity as Attorney General of the State of Idaho,

   Defendant - Appellant,

 and

MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE; et al.,

   Defendants.

No. 23-35518

D.C. No. 1:23-cv-00142-BLW
U.S. District Court for Idaho, Boise

**ORDER**

This case is RELEASED from the Mediation Program.

FOR THE COURT:

Robert S. Kaiser
Circuit Mediator

cl/mediation