No. 23-35518

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, ET AL.,
*Plaintiffs-Appellees*,

v.

RAÚL LABRADOR, ET AL.,
*Defendant-Appellant,*

On Appeal from the United States District Court
for the District of Idaho

No. 1:23-cv-00142-BLW
The Honorable B. Lynn Winmill

## EXCERPTS OF RECORD INDEX VOLUME

RAÚL R. LABRADOR
  *Attorney General*

Idaho Office of the Attorney General
700 W. Jefferson St.
Suite 210
Boise, ID 83720
(208) 334-2400
josh.turner@ag.idaho.gov
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov

THEODORE J. WOLD
  *Solicitor General*
LINCOLN DAVIS WILSON
  *Chief, Civil Litigation and*
  *Constitutional Defense*
JOSHUA N. TURNER
  *Deputy Solicitor General*
BRIAN V. CHURCH
  *Deputy Attorney General*

# TABLE OF CONTENTS

## Volume 1 of 4

| DOCUMENTS | DATE FILED | DOCKET NUMBER | EXCERPT PAGE |
|---|---|---|---|
| Memorandum Decision and Order | 7/31/23 | 153 | 2–61 |

## Volume 2 of 4

| DOCUMENTS | DATE FILED | DOCKET NUMBER | EXCERPT PAGE |
|---|---|---|---|
| Transcript, April 24, 2023 hearing on Plaintiffs' Motion for a Preliminary Injunction *(Submitted separately under 9th Cir. R. 30-1.4(c))* | 6/9/23 | 148 | 63–114 |

## Volume 3 of 4

| DOCUMENTS | DATE FILED | DOCKET NUMBER | EXCERPT PAGE |
|---|---|---|---|
| Memorandum Decision and Order | 8/15/23 | 167 | 116–124 |
| Emergency Motion to Stay Pending Appeal | 8/2/23 | 155 | 125–127 |
| Memorandum in Support of Emergency Motion to Stay Pending Appeal | 8/2/23 | 155-1 | 128–137 |
| Defendants' Seventh Notice of Supplemental Declarations Regarding Subject Matter Jurisdiction | 6/2/23 | 146 | 138–141 |
| Declaration of Stanley T. Mortenson | 6/2/23 | 146-1 | 142–144 |
| Butte County Prosecutor Defendant's Joinder in Motion to Dismiss | 5/25/23 | 145 | 145–147 |
| Defendants' Sixth Notice of Supplemental Declarations Regarding Subject Matter Jurisdiction | 5/12/23 | 139 | 148–151 |
| Declaration of Zachary Pall *(Lewis County Prosecuting Attorney)* | 5/12/23 | 139-1 | 152–154 |
| Declaration of S. Douglas Wood *(Caribou County Prosecuting Attorney)* | 5/12/23 | 139-2 | 155–157 |
| Declaration of Delton Walker *(Washington County Prosecuting Attorney)* | 5/12/23 | 139-3 | 158–160 |

| DOCUMENTS | DATE FILED | DOCKET NUMBER | EXCERPT PAGE |
|---|---|---|---|
| Motion to Dismiss by Defendant Jason Mackrill | 5/9/23 | 135 | 161–163 |
| Declaration of Jason Mackrill *(Power County Prosecuting Attorney)* | 5/9/23 | 135-1 | 164–166 |
| Defendants' Fifth Notice of Supplemental Declarations Regarding Subject Matter Jurisdiction | 5/9/23 | 133 | 167–170 |
| Declaration of Chris Topmiller *(Owyhee County Prosecuting Attorney)* | 5/9/23 | 133-1 | 171–173 |
| Declaration of Michael Duke *(Payette County Prosecuting Attorney)* | 5/9/23 | 133-2 | 174–176 |
| Declaration of Lindsey Blake *(Fremont County Prosecuting Attorney)* | 5/9/23 | 133-3 | 177–179 |
| Declaration of Paul Rogers *(Bingham County Prosecuting Attorney)* | 5/9/23 | 133-4 | 180–182 |
| Declaration of Trevor Misseldine *(Gooding County Prosecuting Attorney)* | 5/9/23 | 133-5 | 183–184 |
| Declaration of Jimmy Thomas *(Camas County Prosecuting Attorney)* | 5/9/23 | 133-6 | 185–187 |
| Defendants' Fourth Notice of Supplemental Declarations Regarding Subject Matter Jurisdiction | 5/8/23 | 132 | 188–191 |
| Declaration of E. Clayne Tyler *(Clearwater County Prosecuting Attorney)* | 5/8/23 | 132-1 | 192–194 |
| Declaration of Robert Wood *(Madison County Prosecuting Attorney)* | 5/8/23 | 132-2 | 195–197 |
| Certain County Prosecutor Defendants' Joinder in Motion to Dismiss (Dkt. 127) | 5/8/23 | 131 | 198–200 |
| Certain County Prosecutor Defendants' Joinder in Motion to Dismiss (Dkts. 42, 85, 107) | 5/8/23 | 130 | 201–203 |
| Notice of Defendant Lincoln County Joining in Defendants' Motion to Dismiss | 5/8/23 | 129 | 204 |
| Certain County Prosecutors' Motion to Dismiss | 5/5/23 | 127 | 205–207 |
| Declaration of Lincoln Davis Wilson | 5/5/23 | 127-2 | 208–210 |
| Declaration of Bailey Smith *(Teton Valley County Prosecuting Attorney)* | 5/5/23 | 127-4 | 211–213 |

| DOCUMENTS | DATE FILED | DOCKET NUMBER | EXCERPT PAGE |
|---|---|---|---|
| Declaration of Adam J. McKenzie *(Bear Lake County Prosecuting Attorney)* | 5/5/23 | 127-5 | 214–216 |
| Declaration of Vic A. Pearson *(Franklin County Prosecuting Attorney)* | 5/5/23 | 127-6 | 217–219 |
| Declaration of Bryan Taylor *(Canyon County Prosecuting Attorney)* | 5/5/23 | 127-7 | 220–222 |
| Declaration of Justin J. Coleman *(Nez Perce County Prosecuting Attorney)* | 5/5/23 | 127-8 | 223–224 |
| Defendants' Third Notice of Supplemental Declarations Regarding Subject Matter Jurisdiction | 5/4/23 | 121 | 225–228 |
| Declaration of William W. Thompson *(Latah County Prosecuting Attorney)* | 5/4/23 | 121-1 | 229–230 |
| Declaration of Bruce Withers *(Lemhi County Prosecuting Attorney)* | 5/4/23 | 121-2 | 231–233 |
| Declaration of Stephen Herzog *(Bannock County Prosecuting Attorney)* | 5/4/23 | 121-3 | 234–236 |
| Defendants' Second Notice of Supplemental Declarations Regarding Subject Matter Jurisdiction | 5/4/23 | 117 | 237–240 |
| Declaration of Andrakay Pluid *(Boundary County Prosecuting Attorney)* | 5/4/23 | 117-1 | 241–244 |
| Declaration of Christopher Boyd *(Adams County Prosecuting Attorney)* | 5/4/23 | 117-2 | 245–248 |
| Declaration of Erick Thomson *(Gem County Prosecuting Attorney)* | 5/4/23 | 117-3 | 249–251 |
| Declaration of Janna Birch *(Clark County Prosecuting Attorney)* | 5/4/23 | 117-4 | 252–254 |
| Declaration of Kirk MacGregor *(Idaho County Prosecuting Attorney)* | 5/4/23 | 117-5 | 255–258 |
| Declaration of Lance Stevenson *(Minidoka County Prosecuting Attorney)* | 5/4/23 | 117-6 | 259–262 |
| Declaration of Mark Taylor | 5/4/23 | 117-7 | 263–266 |
| Declaration of Randy Neal *(Bonneville County Prosecuting Attorney)* | 5/4/23 | 117-8 | 267–270 |

| DOCUMENTS | DATE FILED | DOCKET NUMBER | EXCERPT PAGE |
|---|---|---|---|
| Defendants' First Notice of Supplemental Declarations Regarding Subject Matter Jurisdiction | 5/3/23 | 116 | 271–274 |
| Declaration of Louis Marshall *(Bonner County Prosecuting Attorney)* | 5/3/23 | 116-1 | 275–278 |
| Declaration of Mariah R. Dunham *(Benewah County Prosecuting Attorney)* | 5/3/23 | 116-2 | 279–282 |
| Declaration of Benjamin Allen *(Shoshone County Prosecuting Attorney)* | 5/3/23 | 116-3 | 283–285 |
| Declaration of Cody L. Brower *(Oneida County Prosecuting Attorney)* | 5/3/23 | 116-4 | 286–289 |
| Memorandum Decision and Order | 5/2/23 | 114 | 290–292 |
| Defendant Clark County Prosecutor's Joinder in Motion to Dismiss (Dkt. 41) | 5/2/23 | 113 | 293–295 |
| Certain County Prosecutor Defendants' Joinder in Motion to Dismiss (Dkt. 41) | 4/27/23 | 108 | 296–298 |
| Response to Briefs of Amici Curiae | 4/27/23 | 107 | 299–310 |
| Motion for Supplemental Briefing | 4/27/23 | 106 | 311–315 |
| Attorney General Opinion No. 23-1 *Exhibit 1 to Motion for Supplemental Briefing* | 4/27/23 | 106-1 | 316–321 |
| Reply in Support of State of Idaho's Motion to Dismiss | 4/20/23 | 85 | 322–334 |
| Second Declaration of Lincoln Davis Wilson | 4/20/23 | 85-1 | 335–337 |
| Opinions Policy – Office of the Idaho Attorney General (updated 2/24/2023) *Exhibit 4 to Second Declaration of Lincoln Davis Wilson* | 4/20/23 | 85-2 | 338–340 |
| Declaration of Lincoln Davis Wilson | 4/14/23 | 42-1 | 341–343 |
| March 27, 2023 Letter to Brent Crane ("Crane Letter") *Exhibit 1 to Declaration of Lincoln Davis Wilson* | 4/14/23 | 42-2 | 344–345 |
| Declaration of Russell S. Barron *Exhibit 2 to Declaration of Lincoln Davis Wilson* | 4/14/23 | 42-3 | 346–348 |
| April 7, 2023 Letter to Brent Crane ("Withdrawal Letter") | 4/14/23 | 42-4 | 349–350 |

| DOCUMENTS | DATE FILED | DOCKET NUMBER | EXCERPT PAGE |
|---|---|---|---|
| *Exhibit 3 to Declaration of Lincoln Davis Wilson* | | | |
| Supplemental Declaration of Rebecca Gibron | 4/13/23 | 35-1 | 351–359 |
| Supplemental Declaration of Caitlin Gustfason, M.D. | 4/13/23 | 35-2 | 360–366 |
| Supplemental Declaration of Darin L. Weyhrich, M.D. | 4/13/23 | 35-3 | 367–372 |

**Volume 4 of 4**

| DOCUMENTS | DATE FILED | DOCKET NUMBER | EXCERPT PAGE |
|---|---|---|---|
| Motion for Temporary Restraining Order and Preliminary Injunction | 4/5/23 | 2 | 374–383 |
| Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction | 4/5/23 | 2-1 | 384–407 |
| Declaration of Rebecca Gibron | 4/5/23 | 2-2 | 408–416 |
| Declaration of Caitlin Gustafson, M.D. | 4/5/23 | 2-3 | 417–427 |
| Declaration of Darin L. Weyhrich, M.D. | 4/5/23 | 2-4 | 428–436 |
| Complaint | 4/5/23 | 1 | 437–456 |
| Exhibit 1 to Complaint | 4/5/23 | 1-1 | 457–459 |
| Notice of Appeal | 8/1/23 | 154 | 460–465 |
| Civil Docket for Case No. 1:23-cv-00142-BLW | | | |