# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 23-35518

**Case Name** Planned Parenthood Great Northwest, Hawaii, Alaska, et al v. Raul Labrador, et al

**Hearing Location** (*city*) Pasadena

**Your Name** Joshua N. Turner

List the sitting dates for the two sitting months you were asked to review:

January 8-12, February 5-9, February 12-16.

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

January 11 and 12.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Joshua N. Turner **Date** 09/29/2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** *New 12/01/2018*