UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 3 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, On Behalf of Itself, It's Staff, Physicians and Patients; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> RAUL R. LABRADOR, In His Official Capacity as Attorney General of the State of Idaho, <br><br> Defendant-Appellant, <br><br> and <br><br> MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE; et al., <br><br> Defendants. | No. 23-35518 <br><br> D.C. No. 1:23-cv-00142-BLW District of Idaho, Boise <br><br> ORDER |

For the convenience of the Court, this case is removed from the January 8, 2024, Pasadena sitting and will be rescheduled on the next available calendar.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT